UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| RONNY R. TULL, JR., and LAUREL TULL,<br><br>Plaintiffs,<br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA INSURANCE AGENCY, INC., USAA CASUALTY INSURANCE COMPANY, and USAA GENERAL INDEMNITY COMPANY,<br><br>Defendants. | CASE NO. 2:23-cv-01880-MLP<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS IMPROPERLY NAMED DEFENDANTS**<br><br>NOTE ON MOTION CALENDAR: January 12, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Ronny R. Tull, Jr. and Laurel Tull (collectively "Plaintiffs") and Defendant United Services Automobile Association ("Defendant") (collectively "the Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 7, 2023, Plaintiffs filed their Complaint for Breach of Contract, Bad Faith Insurance Conduct, and Violations of Washington's Insurance Fair Conduct Act ("IFCA") as against Defendants, United Services Automobile Association, USAA Insurance Agency, Inc., USAA Casualty Insurance Company, and USAA General Indemnity Company.

WHEREAS, on December 12, 2023, Plaintiffs Complaint was served on Defendants.

WHEREAS, the Parties seek to dismiss the improperly named defendants, USAA Insurance Agency, Inc., USAA Casualty Insurance Company, and USAA General Indemnity

STIPULATION AND [PROPOSED]
ORDER TO DISMISS IMPROPERLY
NAMED DEFENDANTS
No. 2:23-CV-01880-MLP – Page 1

DKM LAW GROUP, LLP
1700 7th Ave, Suite 2100
Seattle, WA 98101
Tel: (206) 407-2518

Company.

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), defendants USAA Insurance Agency, Inc., USAA Casualty Insurance Company, and USAA General Indemnity Company are dismissed with prejudice from the above-entitled matter.

Dated: January 12, 2024    **ELK & ELK, CO., LTD.**

By    */s/ Egan Kilbane*
Egan Kilbane, Esq. (WSBA No. 47610)
ekilbane@elkandelk.com
1000 Second Avenue, Suite 2940
Seattle, WA 98104
Attorneys for Plaintiffs
RONNY R. TULL, JR. and LAUREL TULL

Dated: January 12, 2024    **DKM LAW GROUP, LLP**

By    */s/ Brian R. Davis*
BRIAN R. DAVIS (WSBA No. 53414)
BRD@dkmlawgroup.com
MELISSA O'CONNOR (WSBA No. 53907)
MOC@dkmlawgroup.com
KERI L. SALET (WSBA No. 61150)
KLS@dkmlawgroup.com
1700 7th Ave, Suite 2100
Seattle, WA 98101
Attorneys for Defendant
UNITED SERVICES AUTOMOBILE ASSOCIATION

**PURSUANT TO STIPULATION,** IT IS SO ORDERED, this 12th day of January, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO DISMISS IMPROPERLY NAMED DEFENDANTS
No. 2:23-CV-01880-MLP – Page 2

DKM Law Group, LLP
1700 7th Ave, Suite 2100
Seattle, WA 98101
Tel: (206) 407-2518