1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| RONNY R. TULL, JR., and LAUREL TULL,<br><br>  Plaintiffs,<br>  v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA INSURANCE AGENCY, INC., USAA CASUALTY INSURANCE COMPANY, and USAA GENERAL INDEMNITY COMPANY,<br><br>  Defendants. | CASE NO. 2:23-cv-01880-RAJ<br><br>**STIPULATED MOTION AND ORDER TO REMAND FOR LACK OF DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)** |

15
16
17
18

### LR 7-1 CERTIFICATION

Counsel for Plaintiffs Ronny R. Tull, Jr. and Laurel Tull ("Plaintiffs") and for Defendant United Services Automobile Association ("USAA") have conferred and have stipulated to remand the case to Whatcom County Superior Court due to a lack of federal diversity jurisdiction.

19

**STIPULATED MOTION TO REMAND FOR LACK OF DIVERSITY JURISDICTION**

20
21
22

The parties mutually and respectfully request the Court remand the above-captioned case to Whatcom County Superior Court due to lack of diversity of citizenship between Plaintiffs and USAA.

23
24
25
26
27

A natural person is deemed a citizen of the state in which he or she is domiciled. (*Kanter v. Warner-Labert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).) At all material times, Plaintiffs are alleged to have resided in Whatcom County in the State of Washington. (Dkt. 1 at ¶¶ 1–2.) Plaintiffs are thus considered citizens of the State of Washington for purposes of determining diversity of citizenship.

28

---

**STIPULATED MOTION AND ORDER TO REMAND FOR LACK OF DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a) - Page 1**

DKM LAW GROUP, LLP
1700 7th Ave, Suite 2100
Seattle, WA 98101
Tel: (206) 407-2518

USAA is an unincorporated reciprocal inter-insurance exchange with members in all 50 states, including Washington. As a matter of law, a reciprocal insurance exchange is an unincorporated association considered to share the citizenship of each of its members for diversity purposes. (*Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *Tuck v. United Services Auto. Ass'n.*, 859 F.2d 842, 844-845 (10th Cir. 1988).) As USAA has members in Washington (including Plaintiffs), USAA is considered a citizen of the State of Washington for purposes of assessing diversity jurisdiction.

28 U.S.C. § 1332(a)(1) allows for original federal jurisdiction over civil matters when the parties are citizens of different states. However, because both Plaintiffs and USAA are citizens of the State of Washington, complete diversity of citizenship between the parties does not exist. The Court therefore lacks original jurisdiction over Plaintiffs' Complaint.

As the allegations in Plaintiffs' Complaint relate to a motor vehicle accident having occurred in Whatcom County, Washington (Dkt. 1 at ¶ 4), the parties respectfully request the Court remand the case to Whatcom County Superior Court in the State of Washington.

Dated: February 26, 2024            **ELK & ELK, CO., LTD.**

By    /s/ Egan Kilbane
Egan Kilbane, Esq. (WSBA No. 47610)
ekilbane@elkandelk.com
1000 Second Avenue, Suite 2940
Seattle, WA 98104
Attorneys for Plaintiffs
RONNY R. TULL, JR. and LAUREL TULL

Dated: February 26, 2024            **DKM LAW GROUP, LLP**

By    /s/ Brian R. Davis
BRIAN R. DAVIS (WSBA No. 53414)
BRD@dkmlawgroup.com
MELISSA O'CONNOR (WSBA No. 53907)
MOC@dkmlawgroup.com
KERI L. SALET (WSBA No. 61150)
KLS@dkmlawgroup.com
1700 7th Ave, Suite 2100
Seattle, WA 98101
Attorneys for Defendant
UNITED SERVICES AUTOMOBILE ASSOCIATION

**PURSUANT TO STIPULATION,** it is ORDERED that this matter is dismissed without prejudice and remanded for re-filing in Whatcom County Superior Court in the State of Washington.

DATED this 27th day of February, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

**STIPULATED MOTION AND ORDER
TO REMAND FOR LACK OF
DIVERSITY JURISDICTION UNDER 28
U.S.C. § 1332(a) - Page 3**

DKM LAW GROUP, LLP
1700 7th Ave, Suite 2100
Seattle, WA 98101
Tel: (206) 407-2518